

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00370-CV

REPUBLIC PETROLEUM LLC AND
REPUBLIC PETROLEUM PARTNERS, LP, Appellants

V.

DYNAMIC OFFSHORE RESOURCES NS LLC AND
W&T OFFSHORE INC., Appellees

Appeal from the 270th District Court of Harris County.  (Tr. Ct. No. 2010-80561).

This case is an appeal from the final judgment signed by the trial court on April 7, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment in the following respects: amending the judgment to reduce the damages award from the amount found by the jury to an amount reflecting Republic LP's proportional ownership interest in the well's production.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court with instructions to reinstate the damages award based on the jury's verdict and to reconsider the attorney's fee award.

The Court orders that the appellees, Dynamic Offshore Resources NS LLC and W&T Offshore Inc., jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 27, 2015.

Panel consists of Justices Jennings, Bland, and Brown. Opinion delivered by Justice Bland.